# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MOHAMMED FAHIM, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-582-ALM-KPJ |
| § | |
| SELECT PORTFOLIO SERVICING, § | |
| INC., § | |
| § | |
| Defendant. § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 23, 2023, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #21) that Defendant Select Portfolio Servicing, Inc.'s Motion for Judgment on the Pleadings (Dkt. #9) be granted and Plaintiff Mohammed Fahim's claims in this matter be dismissed.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion for Judgment on the Pleadings (Dkt. #9) is **GRANTED**, and that all of the claims in this action are **DISMISSED**.

IT IS SO ORDERED.

SIGNED this 8th day of September, 2023.

_(signature: Amos Mazzant)_
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE